UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN KING,
    Petitioner
  vs.

PA BOARD OF PROB. & PAROLE, *et al.*,
    Respondents

CIVIL NO. 1:CV-16-0218

(Judge Caldwell)

## *O R D E R*

And now, this 20th day of April, 2017, based on the accompanying memorandum, it is ordered that:

1. The Petition (ECF No. 1) for writ of habeas corpus under 28 U.S.C. § 2254 is denied.

2. A certificate of appealability is denied.

3. The Clerk of Court shall close this file.

          /s/ William W. Caldwell
          William W. Caldwell
          United States District Judge